Taylor M. Tieman (SBN 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400
Fax: (866) 861-1390

Attorney for Plaintiff,
DOMINGO CAPRIO, JR.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO CAPRIO, JR., | Case No.: 17-CV-02019-JLS-BGS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| SYNCHRONY BANK., | |
| Defendant. | |

NOW COMES the Plaintiff, DOMINGO CAPRIO, JR., by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///
///
///

- 1 -

**NOTICE OF SETTLEMENT**

                                          Respectfully Submitted,

Dated: April 9, 2018

                                          KROHN & MOSS, LTD.

                              By:   <u>/s/ Taylor M. Tieman</u>
                                          Taylor M. Tieman
                                          Krohn & Moss, Ltd.
                                          1112 Ocean Drive, Suite 301
                                          Manhattan Beach, CA 90266
                                          Tel: (323) 988-2400
                                          ttieman@consumerlawcenter.com
                                          Attorney for Plaintiff

**NOTICE OF SETTLEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF System. I further certify that on April 9, 2018 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Taylor M. Tieman
Taylor M. Tieman