Taylor M. Tieman (SBN 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400
Fax: (866) 861-1390

Attorney for Plaintiff,
DOMINGO CAPRIO, JR.

Timothy P. Johnson (SBN 66333)
Barron & Newburger, P.C.
1970 Old Tustin Avenue, Second Floor
Santa Ana, California 92705
Tel: (714) 832-1170
Fax: (714) 832-1179

Attorney for Defendant Synchrony Bank

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO CAPRIO, JR., <br><br> Plaintiff, <br><br> v. <br><br> SYNCHRONY BANK., <br><br> Defendant. | Case No.: 17-CV-02019-JLS-BGS <br><br> **JOINT NOTICE OF SETTLEMENT** |

NOW COME the Parties, by and through their undersigned counsel and hereby inform the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which the Parties anticipate will be finalized within the next 60 days. The parties anticipate filing a Joint Motion to Dismiss by June 11, 2018.

...

1  Plaintiff and Defendant therefore request that this honorable court vacate
2  the Early Neutral Evaluation and Case Management Conference set for April 16,
3  2018.

4

5                                                 Respectfully Submitted,

6  Dated: April 10, 2018

                                                  KROHN & MOSS, LTD.
7
                                           By:    /s/ Taylor M. Tieman
8                                                 Taylor M. Tieman
                                                  Attorney for Plaintiff
9
   Dated: April 10, 2018
10
                                                  BARRON & NEWBURGER, P.C.
11
                                           By:    /s/ Timothy P. Johnson
                                                  Timothy P. Johnson
12                                                Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF System. I further certify that on April 10, 2018 I served all counsel of record with a copy of this document by way of the CM/ECF system.


By:   /s/ Taylor M. Tieman
      Taylor M. Tieman