1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARRON & NEWBURGER, P.C.

TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE:  (714) 832-1170
FACSIMILE:  (714) 832-1179
E-MAIL: tjohnson@bn-lawyers.com

Attorneys for Defendant Synchrony Bank

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO CAPRIO, JR., | Case No.  17-cv-02019-JLS-BGS |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS ACTION** |
| SYNCHRONY BANK | |
| Defendant | |

 ///
 ///
 ///
 ///
 ///

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of this case, the parties jointly move this court to dismiss this action and all claims asserted therein with prejudice.

Dated:  June 5, 2018

**BARRON & NEWBURGER, P.C.**

By:_____/s/Timothy Johnson_____
TIMOTHY P. JOHNSON
Attorneys for Defendant
Synchrony Bank

Dated:  June 5, 2018

**KROHN & MOSS, Ltd.**

By:_____/s/Taylor M. Tieman_____
TAYLOR M. TIEMAN
Attorneys for Plaintiff Domingo Caprio, Jr.

Each of the other parties whose electronic signatures have been attached to this document has concurred with the filing of this document and the attachment of their signature to the document.

_/s/Timothy Johnson_____
TIMOTHY P. JOHNSON

1
2

## CERTIFICATE OF SERVICE

3
4
5
6
7
8

I hereby certify that on June 5, 2018, I electronically filed the foregoing **JOINT MOTION TO DISMISS ACTION AND PROPOSED ORDER** with the Clerk of the Court for the United States District Court (Southern District of California) using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

9
10

Dated this 5th day of June, 2018.

11
12

**BARRON & NEWBURGER, P.C.**

13

By:_____/s/Timothy Johnson_____
TIMOTHY P. JOHNSON

14

Attorneys for Defendant
Synchrony Bank

15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARRON & NEWBURGER, P.C.