UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO CAPRIO JR., <br><br> Plaintiff, <br><br> v. <br><br> SYNCHRONY BANK, <br><br> Defendant. | Case No.: 17-CV-2019-JLS (BGS) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> (ECF No. 28) |

    Presently before the Court is the Parties' Joint Motion to Dismiss Action, (ECF No. 28). The Parties have settled and move to dismiss this action and all claims asserted with prejudice. Good cause appearing, the Court **GRANTS** the Joint Motion. The Clerk **SHALL** close the file.

    **IT IS SO ORDERED.**

Dated: June 6, 2018

Hon. Janis L. Sammartino
United States District Judge